BEFORE THE SECOND DIVISION, FEBRUARY 10, 1959

**No. 62735.**—The H. & P. House Furnishing Co. *v.* United States, protest 313903–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of household food grinding or cutting utensils other than meat and food choppers, composed wholly or in chief value of base metal other than aluminum, copper, brass, tin, or tin plate, and not plated with platinum, gold, or silver, the claim of the plaintiff was sustained.

**No. 62736.**—American Manufacturing Co. *v.* United States, protest 312147–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of textile machinery and parts thereof used for manufacturing or processing vegetable fibers similar in all material respects to the textile machinery and parts the subject of *The A. W. Fenton Co., Inc., et al.* v. *United States* (34 Cust. Ct. 202, C.D. 1705), the claim of the plaintiff was sustained.

**No. 62737.**—Inter Maritime Forwarding Co., Inc. *v.* United States, protest 325488–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hand saws, valued over 5 cents each, and that they are not household utensils, the claim of the plaintiff was sustained.